RICHARD LAW, P.C.
DIANE E. RICHARD (SBN 204897)
5060 N. Harbor Drive, Suite 265
San Diego, CA 92106
Telephone: (619) 880-5517 x101
Facsimile: (619) 880-5459
diane@richardlawpc.com

Attorneys for Plaintiff Laverna Shannon

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNA SHANNON, Individually, and on Behalf of Other Employees Similarly Situated and in a Representative Capacity,<br><br>Plaintiff,<br><br>v.<br><br>SHERWOOD MANAGEMENT CO., INC.<br>and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-01101-BAS-JLB<br><br>**CLASS ACTION**<br>**PAGA REPRESENTATIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Hearing Date:     December 9, 2019<br><br>District Judge:    Hon. Cynthia A. Bashant<br>Courtroom:         4B<br><br>Action Filed:       February 8, 2019<br>Action Removed:  June 12, 2019 |

PLAINTIFF'S NOTICE & MOTION FOR PRELIMINARY APPROVAL

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on December 9, 2019 or as soon thereafter as the matter can be heard, before the Honorable Cynthia Bashant, Courtroom 4B, of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiff Laverna Shannon ("Plaintiff") will, and hereby does, move the Court for an order granting preliminary approval of the parties' proposed class action settlement. Specifically, Plaintiff seeks an order:

    (i)    granting preliminary approval of the proposed class action settlement;

    (ii)    granting conditional certification of the class for settlement purposes only;

    (iii)    authorizing the dissemination of the notice packet;

    (iv)    appointing Plaintiff as the class representative and CPT Group as the settlement administrator;

    (v)    appointing Diane E. Richard (of Richard Law, P.C.), as class counsel; and

    (vi)    scheduling a "fairness hearing" for final approval of the settlement.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. Plaintiff makes this motion on the grounds that the proposed settlement is fair, adequate, and reasonable; it is well within the range of possible final approval; and the notice procedures proposed by the parties are adequate to ensure the opportunity of class members to participate in, opt out of, or object to the settlement.

This motion is based upon this notice of motion and motion, the accompanying memorandum of points and authorities in support of the motion, the accompanying declarations and attached exhibits, such evidence and argument of counsel as may be presented at the hearing (should the Court request oral argument), the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

///

///

///

Dated: November 6, 2019

Respectfully submitted,

By: s/ Diane E. Richard
DIANE E. RICHARD, ESQ.
Attorney for Plaintiff Laverna Shannon
Email: diane@richardlawpc.com