1  RICHARD LAW, P.C.
   DIANE E. RICHARD (SBN 204897)
2  5060 N. Harbor Drive, Suite 265
   San Diego, CA 92106
3  Telephone: (619) 880-5517 x101
   Facsimile: (619) 880-5459
4  diane@richardlawpc.com

5  Attorneys for Plaintiff Laverna Shannon

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNA SHANNON, Individually, and on Behalf of Other Employees Similarly Situated and in a Representative Capacity,<br><br>Plaintiff,<br><br>v.<br><br>SHERWOOD MANAGEMENT CO., INC. and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. 3:19-cv-01101-BAS-JLB<br><br>**CLASS ACTION**<br>**PAGA REPRESENTATIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>Hearing Date:  September 21, 2020<br>Hearing Time:  10:30 a.m.<br><br>District Judge:  Hon. Cynthia A. Bashant<br>Courtroom:  4B<br><br>Action Filed:  February 8, 2019<br>Action Removed:  June 12, 2019 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on September 21, 2020 at 10:30 a.m. or as soon thereafter as the matter can be heard, before the Honorable Cynthia Bashant, Courtroom 4B, of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiff Laverna Shannon ("Plaintiff") will, and hereby does, move the Court for an order granting final approval of the parties' proposed class action settlement which was preliminarily approved by this Court on May 12, 2020 (Dkt. No. 18). Specifically, Plaintiff respectfully requests through this Motion that the Court issue an order and judgment:

(i) confirming certification of the Class[1] for settlement purposes;

(ii) finding that the dissemination of the Court-approved Notice Packet was accomplished as directed and met the requirements of due process;

(iii) finally approving the Settlement Agreement and the Settlement as fair, reasonable and adequate and directing consummation of the Settlement in accordance with its terms and provisions;

(iv) approving distribution of the Individual Settlement Member Total Recovery to Settlement Members;

(v) approving payment to the Labor and Workforce Development Agency ("LWDA") for the LWDA's share of the Settlement Amount allocated to the settlement of PAGA claims;

(vi) approving payment of $20,000 to CPT Group, Inc. for settlement administration fees and costs;

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Joint Stipulation Of Class Action Settlement and Release ("Settlement" or "Settlement Agreement") (Dkt. No. 13-3). A true and correct copy of the Settlement Agreement is attached as Exhibit 1 to the Declaration of Diane E. Richard in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, filed November 6, 2019 (Dkt. No. 13-2).

|   |      |   |
|---|------|---|
| 1 | (vii) | approving the request for a $2,500 Class Representative Service Payment for Plaintiff for her services as the Class Representative and in exchange for her general release of claims; |
| 4 | (viii) | approving Class Counsel's request for attorney's fees and costs; |
| 5 | (ix) | releasing and discharging the claims released through the Settlement; and |
| 6 | (x) | retaining jurisdiction by the Court, after dismissal of the Action, for purposes of addressing: the interpretation and enforcement of the terms of the Settlement; Settlement administration matters; and such post-Judgment matters as may be appropriate under court rules or as set forth in this Settlement. |

This Motion is made under Rule 23(e) of the Federal Rules of Civil Procedure and on the grounds that the proposed Settlement is fair, adequate, and reasonable. All Class Members have been given the opportunity to participate in, opt-out of, or object to the proposed Settlement. The time for objections to the Settlement has passed and there has been no objection made.

The Motion is based upon this notice of Plaintiff's motion for final approval of class action settlement, the accompanying memorandum of points and authorities and declarations, such evidence and argument of counsel as may be presented at the hearing, and the complete files and records in the above-captioned matter including Plaintiff's Motion for Attorney's Fees and Costs (Dkt. No. 20) and the accompanying memorandum of points and authorities and supporting declarations; Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 13) and accompanying memorandum of points and authorities and supporting declarations.

///
///
///
///
///

| | |
|---|---|
| Dated: August 20, 2020 | Respectfully submitted, |
| | By:  s/ *Diane E. Richard* |
| | DIANE E. RICHARD, ESQ. |
| | RICHARD LAW, P.C. |
| | |
| | Attorneys for Plaintiff Laverna Shannon and the Class |
| | Email: diane@richardlawpc.com |

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

By:  s/*Diane E. Richard*
DIANE E. RICHARD, ESQ.
Email: diane@richardlawpc.com